UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Martha Jane Degarmo**

Case No. 07-81668
Chapter 13

Social Security No. xxx-xx-3735
Address: Post Office Box 1713, Carthage, 28327-1713

Debtor

## VERIFIED OBJECTION TO CLAIM

**NOW COMES** the Debtor above-named, through counsel, pursuant to 11 U.S.C. §502 and Bankruptcy Rule 3007, who respectfully objects to the proof of claim #50 filed by the creditor CENTRAL FINANCIAL CONTROL and dated January 4, 2008, for the following reasons:

The Debtor's health insurance paid this medical debt.

**WHEREFORE**, the Debtor prays that the Court enter an Order disallowing the claim in its entirety.

Dated: December 11, 2009

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Edward Boltz
Edward Boltz
N.C. State Bar No. 23003
6616-203 Six Forks Road
Raleigh, N.C. 27615
(919) 847-9750

claimomd.wpt (rev. September 2, 2009)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Martha Jane Degarmo**

Case No. 07-81668
Chapter 13

Social Security No. xxx-xx-3735
Address: Post Office Box 1713, Carthage, 28327-1713

Debtor

### CERTIFICATE OF SERVICE

I, Renee Nolte, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on 12/16/09. I served copies of the foregoing **OBJECTION TO CLAIM** electronically or, when unable, by regular first-class U.S. mail, addressed to the following parties:

CENTRAL FINANCIAL CONTROL
**Attn: Managing Agent**
As Agent For Central Carolina Hospital
Post Office Box 66040
Anaheim, CA 92816-6040

CENTRAL FINANCIAL CONTROL
**Attn: Managing Agent**
1135 Carthage St.
Sanford, NC 27330-

U.S. Bankruptcy Administrator


Richard M. Hutson, II
Chapter 13 Trustee


/s Renee Nolte
Renee Nolte

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Martha Jane Degarmo**

Case No.  07-81668
Chapter   13

Social Security No. xxx-xx-3735
Address: Post Office Box 1713, Carthage, 28327-1713

Debtor

## VERIFICATION

Martha Jane DeGarmo, the Debtor herein, declares under penalty of perjury that the factual allegations set forth in the foregoing Objection to Claim are true and correct, to the best of said Debtor's knowledge, information and belief.

Dated: December 16, 2009

/s/Martha Jane DeGarmo
Martha Jane DeGarmo, Debtor