UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Martha Jane Degarmo**

Case No. 07-81668
Chapter 13

Social Security No. xxx-xx-3735
Address: Post Office Box 1713, ,Carthage, NC 28327-

Debtor

## VERIFIED OBJECTION TO CLAIM

**NOW COMES** the Debtor above-named, through counsel, pursuant to 11 U.S.C. §502 and Bankruptcy Rule 3007, who respectfully objects to the proof of claim filed by the creditor KEY BANK NATIONAL ASSOCIATION and dated February 19, 2008, for the following reasons:

Upon information and belief the Debtor did not owe KeyBank more than $2,200.00 at the time of filing

**WHEREFORE**, the Debtor prays that the Court enter an Order reducing the claim accordingly.

Dated: 12/16/09

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Edward Boltz
Edward Boltz
N.C. State Bar No. 23003
6616-203 Six Forks Road
Raleigh, N.C. 27615
(919) 847-9750

claimomd.wpt (rev. September 2, 2009)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Martha Jane Degarmo**

Case No. 07-81668
Chapter 13

Social Security No. xxx-xx-3735
Address: Post Office Box 1713, ,Carthage, NC 28327-

Debtor

### CERTIFICATE OF SERVICE

I, Renee Nolte, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on 12/16/09. I served copies of the foregoing **OBJECTION TO CLAIM** electronically or, when unable, by regular first-class U.S. mail, addressed to the following parties:

KEY BANK NATIONAL ASSOCIATION
**Attn: Managing Agent**
Post Office Box 94968
Cleveland, OH 44101-

U.S. Bankruptcy Administrator


Richard M. Hutson, II
Chapter 13 Trustee


/s Renee Nolte
Renee Nolte

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Martha Jane Degarmo**

Case No. 07-81668
Chapter 13

Social Security No. xxx-xx-3735
Address: Post Office Box 1713, ,Carthage, NC 28327-

Debtor

## VERIFICATION

Martha Jane DeGarmo, the Debtor herein, declares under penalty of perjury that the factual allegations set forth in the foregoing Objection to Claim are true and correct, to the best of said Debtor's knowledge, information and belief.

Dated: December 16, 2009

/s/Martha Jane Degarmo
Martha Jane DeGarmo, Debtor