C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-07-81668 C-13D |
| Martha J. DeGarmo | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER SUSTAINING OBJECTION TO CLAIM NO. 7
## IN FAVOR OF SANDHILL FINANCE

On February 11, 2010, a hearing was held on Objection by the Debtor to Claim No. 7 in favor of Sandhill Finance. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor and Richard M. Hutson II, Standing Trustee appeared. Counsel for the Debtor stated to the Court that all matters in controversy had been settled. The Court, after considering the Objection and having heard and considered the statements of counsel and the Trustee, finds that the Objection should be sustained and the claim allowed in accordance with the terms of this Order; therefore, by and with the consent of the parties, it is ORDERED:

1. The Objection by the Debtor to Claim No. 7 in favor of Sandhill Finance is sustained.

2. The balance owing on the claim filed by Sandhill Finance as of February 11, 2010, is determined to be $825.75, and said claim is secured for $825.75 payable with interest at 9% per annum in monthly installments of $50.00.

3. The Debtors' plan is modified pursuant to 11 U.S.C. §1329 in accordance with the terms of this Order.

# PARTIES IN INTEREST
## Page 1 of 1
## 07-81668 C-13D

Martha J. DeGarmo
PO Box 1713
Carthage, NC 28327

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Sandhill Finance
PO Box 1663
Southern Pines, NC 28388