C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-07-81668  C-13D |
| Martha J. DeGarmo | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

## ORDER DENYING DEBTOR'S MOTION TO COMPEL A
## WRITTEN RESPONSE FROM CITIMORTAGE, INC.

On June 24, 2010, a hearing was held on Motion by the Debtor to compel a written response from CitiMortgage, Inc. regarding the status of her account. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor; Kimberly Sheek, Esq. appeared on behalf of CitiMortgage, Inc.; and, Richard M. Hutson II, Standing Trustee appeared. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that the Motion should be denied; therefore, it is

ORDERED that the Debtor's Motion to compel a written response from CitiMortgage, Inc. is denied.

**PARTIES IN INTEREST**
**Page 1 of 1**
**07-81668 C-13D**

Martha J. DeGarmo
PO Box 1713
Carthage, NC 28327

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Matthew T. McKee, Esq.
2701 Coltsgate Rd., Ste. 102
Charlotte, NC 28211