C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In Re:  Martha Jane Degarmo )
                                                )
                                                )         No. B-07-81668 C-13D
                       Debtor    )

## **ORDER**

       This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtor, to amend the claim of CitiMortgage (Claim number 1) to provide for monthly payments in the amount of $672.30 effective November, 2010 and there being no filed objection to the Motion within the time period set forth in the Notice issued on October 5, 2010 by the Clerk of Court setting November 5, 2010 as the deadline for filing objections to the Motion, and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

       ORDERED that the claim of CitiMortgage (Claim number 1) is amended to provide for monthly payments in the amount of $672.30 effective November, 2010.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-07-81668 C-13D**

Martha Jane Degarmo
Post Office Box 1713
Carthage, NC 28327

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
Post Office Box 3613
Durham, NC 27702

CitiMortgage, Inc.
Post Office Box 660065
Dallas, TX 75266-0065